458 A.2d 261

Commonwealth v. Brocklehurst, Appellant.

Submitted

November 9, 1982. Charles F. Gilchrest, for appellant; Samuel J. Orr, IV, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, ROWLEY and MONTGOMERY, JJ.

Judgment of sentence affirmed.